E-FILED
Friday, 23 May, 2008 03:37:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| NICOLE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| vs. | ) | Judge |
| | ) | Magistrate Judge |
| PEORIA COUNTY, | ) | |
| PEORIA COUNTY SHERIFF | ) | |
| MICHAEL McCOY, in his official capacity, | ) | |
| and Peoria County Sheriff Officers | ) | |
| BARBARA CARGILL, Star 340, | ) | |
| STEVEN DEARING, Star 384, | ) | |
| CLINTON DUBOIS, Star 313, and | ) | |
| LESTER TROWBRIDGE, Star 310, | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

1. This is an action for money damages brought pursuant to 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

2. Jurisdiction for Plaintiff's federal claims is based on 28 U.S.C. §§ 1331 and 1343(a).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), in that the claims arose in this district as alleged below.

### Parties

4. Plaintiff is a resident of Peoria, Illinois.

5. Plaintiff is an African-American female.

6. Defendant-Officers are a duly appointed and sworn Peoria County Sheriff officers. At all times relevant to this Complaint, Defendant-Officers were acting in the course and scope of their employment, and under color of state law, ordinance and/or regulation.

7. The Defendant-Officers are sued in their individual capacity.

8. At the time of the occurrence, Defendant MICHAEL McCOY was the Peoria County Sheriff, and the employer of the Defendant-Officers.

9. Defendant McCOY is a defendant pursuant to *respondeat superior*.

10. PEORIA COUNTY is the indemnifying entity for actions taken by Defendant McCOY and/or his employees, including the Defendant-Officers.

### Facts

11. On January 20, 2008, Plaintiff arrived at the Peoria County Jail.
12. Plaintiff was placed into a "detox" cell.
13. While in the cell, Plaintiff made numerous requests to use the phone and call her lawyer.
14. Defendant-Officers ordered Plaintiff to, "Shut the fuck up."
15. Plaintiff began to bang on the cell door and continued to ask to use the phone.
16. Defendant CARGILL approached Plaintiff's cell and stated, "Shut the fuck up, nigger."
17. Plaintiff then called CARGILL a bitch.
18. Defendants CARGILL, DEARING and TROWBRIDGE entered Plaintiff's cell.
19. CARGILL and DEARING threw Plaintiff to the floor.
20. One of the Defendant-Officers twisted Plaintiff's right arm behind her back.
21. CARGILL and DEARING removed Plaintiff's jewelry.
22. CARGILL and DEARING kneed Plaintiff multiple times in the back and legs.
23. CARGILL bit Plaintiff.
24. Plaintiff suffered severe physical pain and suffering.
25. Defendants TROWBRIDGE and DUBOIS were present for incident described above.
26. After the beating, Plaintiff cried herself to sleep.
27. The next morning, Plaintiff was seen by a nurse at the jail. Plaintiff was given an ice pack and pain medication.
28. After Plaintiff was released from jail, she sought medical attention at Methodist Hospital. Plaintiff was treated for her injuries, including contusions, abrasions, wrist sprain, swelling to her back, back pain, shoulder pain, and a human bite wound.
29. On January 22, 2008, Plaintiff filed a civilian complaint against the Defendant-Officers.
30. Each individual Defendant-Officer acted willfully and wantonly, maliciously, and with a conscious disregard and deliberate indifference to Plaintiff's rights.

31.  As a direct and proximate result of the acts of the Defendants described above, Plaintiff suffered damages including emotional distress, physical pain and suffering, and pecuniary damages including medical expenses.

## COUNT I
### (42 U.S.C. § 1983 – Excessive Force)

32.  Plaintiff realleges paragraphs 1 through 31 as if fully set forth herein.

33.  Defendants CARGILL and DEARING violated Plaintiff's Fourth Amendment right, as guaranteed by the Fourteenth Amendment, to be free from the use of excessive and unreasonable force.

WHEREFORE, Plaintiff asks that this Honorable Court:

a)  Enter judgment against Defendants CARGILL and DEARING,

b)  Award Plaintiff compensatory and punitive damages,

c)  Award attorneys' fees and costs, and

d)  Award any further relief that this Honorable Court deems just and equitable.

## COUNT II
### (42 U.S.C. § 1983 – Failure to Intervene)

34.  Plaintiff realleges paragraphs 1 through 31 as if fully set forth herein.

35.  While Plaintiff was subjected to excessive force as described above, Defendant-Officers had an opportunity to intervene, but chose not to intervene.

36.  Defendant-Officers were deliberately indifferent to Plaintiff's right to be free from excessive and unreasonable force.

WHEREFORE, Plaintiff asks that this Honorable Court:

a)  Enter judgment against Defendant-Officers,

b)  Award Plaintiff compensatory and punitive damages,

c)  Award attorneys' fees and costs, and

d)  Award any further relief that this Honorable Court deems just and equitable.

## COUNT III
### (Illinois Hate Crime Act, 720 ILCS 5/12-7.1)

37. Plaintiff realleges paragraphs 1 through 31 as if fully set forth herein.

38. Plaintiff is African-American

39. Defendants CARGILL and DEARING are Caucasian.

40. Defendants CARGILL and DEARING committed a battery upon Plaintiff because of her race, which is a hate crime under 720 ILCS 5/12-7.1.

41. Defendants CARGILL and DEARING actions were undertaken with malice, willfulness and/or reckless indifference to Plaintiff's rights.

WHEREFORE, Plaintiff asks that this Honorable Court:

a) Enter judgment against Defendants CARGILL and DEARING,

b) Award Plaintiff compensatory and punitive damages,

c) Award attorneys' fees and costs, and

d) Award any further relief that this Honorable Court deems just and equitable.

## COUNT IV
### (State Law *Respondeat Superior* Claim)

42. The acts of Defendants CARGILL and DEARING described in the supplementary state law claim above were willful and wanton, and committed in the scope of employment.

43. Pursuant to *respondeat superior*, Defendant MICHAEL McCOY, as principal, is liable for his agents' actions.

WHEREFORE, Plaintiff demands judgment against Defendant MICHAEL McCOY, and such other and additional relief that this Honorable Court deems just and equitable.

## COUNT V
### (Indemnification Claim pursuant to 745 ILCS 10/9-102)

44. The acts of the individual Defendants described in the above claims were willful and wanton, and committed in the scope of employment.

45. Pursuant to the Illinois Tort Immunity Act, 745 ILCS 10/9-102, Defendant PEORIA COUNTY is liable for any judgments in this case arising from the actions of

Defendants.

WHEREFORE, Plaintiff asks that this Honorable Court order Defendant PEORIA COUNTY to indemnify Defendants for any judgment entered in this case arising from his actions.

**Jury Trial Demanded to All Issues Triable by Jury**

Respectfully submitted,

/s/ Louis J. Meyer
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nicole Davis

**DEFENDANTS**
Peoria County; Peoria County Sheriff Michael McCoy; Barbar Cargill; star 340; Steven Dearing, star 384; Clinton Dubois,

(b) County of Residence of First Listed Plaintiff **Peoria**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Lawrence V. Jackowiak (312) 795-9595
20 North Clark Street, Suite 1700, Chicago, Illinois 60602

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Civil rights actions brought pursuant to 42 U.S.C. 1983, and the 4th and 14th Amendments to the
Brief description of cause:
Excessive Force, Failure to Intervene and Illinois Hate Crime Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE                    DOCKET NUMBER

DATE: 05/23/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Louis J. Meyer

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____