AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Friday, 23 May, 2008   03:39:02 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central                                     DISTRICT OF                                     Illinois

**APPEARANCE**

Davis v. Peoria County, et al                                     Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nicole Davis

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/23/2008 | _[signature]_ |
| Date | Signature |
| | Louis J. Meyer — 6290221 |
| | Print Name — Bar Number |
| | 20 North Clark Street, Suite 1700 |
| | Address |
| | Chicago, Illinois 60602 |
| | City — State — Zip Code |
| | (312) 795-9595 — (312) 795-1949 |
| | Phone Number — Fax Number |