E-FILED
Friday, 23 May, 2008  03:52:25 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Nicole Davis, <br> Plaintiff <br> v. <br> Peoria County, et al., <br> Defendant | ) <br> ) <br> ) Civil Action No. 08-1118 <br> ) <br> ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Peoria County Sheriff's Officer
Barbara Cargill, star 340
324 West Main
Peoria, Illinois 61602

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Pamela E. Robinson*
Name of clerk of court

Date: __5/23/08__

s/ S. Marvel
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| Nicole Davis, <br> Plaintiff <br> v. <br> Peoria County, et al., <br> Defendant | ) ) ) ) ) Civil Action No. 08-1118 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Peoria County Sheriff's Officer
Clinton Dubois, star 313
324 West Main
Peoria, Illinois 61602

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                   _Pamela E. Robinson_
                                                   Name of clerk of court
                                                   s/ S. Marvel

Date: __5/23/08__
                                                   Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| Nicole Davis, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-1118 |
| Peoria County, et al., | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Peoria County Sheriff's Officer
Lester Trowbridge, star 310
324 West Main
Peoria, Illinois 61602

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                          *Pamela E. Robinson*
                                                          Name of clerk of court

                                                          s/ S. Marvel

Date: __5/23/08__
                                                          Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| Nicole Davis, | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 08-1118 |
| Peoria County, et al., | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Peoria County
Attn: Chairman of the Board
324 West Main
Peoria, Illinois 61602

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Pamela E. Robinson*
Name of clerk of court

Date: 5/23/08

s/ S. Marvel
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the

Central District of Illinois

| | |
|---|---|
| Nicole Davis,<br>Plaintiff<br>v.<br>Peoria County, et al.,<br>Defendant | )<br>)<br>)  Civil Action No. 08-1118<br>)<br>) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Peoria County Sheriff Michael McCoy
324 West Main
Peoria, Illinois 61602

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Pamela E. Robinson_
Name of clerk of court

s/ S. Marvel

Date: __5/23/08__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| Nicole Davis, | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 08-1118 |
| Peoria County, et al., | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Peoria County Sheriff's Officer
Steven Dearing, star 384
324 West Main
Peoria, Illinois 61602

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Pamela E. Robinson*
Name of clerk of court

s/ S. Marvel
Deputy clerk's signature

Date: 5/23/08

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*