**E-FILED**
Monday, 02 June, 2008  04:26:36 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Central District | DISTRICT OF | Illinois |
| --- | --- | --- |

NICOLE DAVIS,
     PLAINTIFF,

v.

PEORIA COUNTY, PEORIA COUNTY
SHERIFF MICHAEL McCOY, in his official capacity,
and Peoria County Sheriff Officers BARBARA CARGILL, Star 340,
STEVEN DEARING, Star 384, CLINTON DUBOIS, Star 313, and
LESTER TROWBRIDGE, Star 310,
     DEFENDANTS.

**APPEARANCE**

Case Number:  08 CV 1118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nicole Davis

I certify that I am admitted to practice in this court.

| 6/2/2008 | /s/ Ronald L. Hanna |
| --- | --- |
| Date | Signature |

| Ronald L. Hanna | 06275077 |
| --- | --- |
| Print Name | Bar Number |

411 Hamilton Blvd., Suite 1004
Address

| Peoria | IL | 61602 |
| --- | --- | --- |
| City | State | Zip Code |

| (309) 676-3608 | (309) 676-3219 |
| --- | --- |
| Phone Number | Fax Number |