AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Nicole Davis, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-1118 |
| Peoria County, et al., | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Peoria County
Attn: Chairman of the Board
324 West Main
Peoria, Illinois 61602

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

S/ Pamela E. robinson
Name of clerk of court

Date: 5/23/08

S/ Marvel
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on June 3, 2008, by:

(1) personally delivering a copy of each to the individual at this place, Peoria County Clerk 324 Main St. Peoria, IL 61602 c/o Lynn Schmidt ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 6-3-08

S/ Heidi Foglesonger
Server's Signature

Heidi Foglesonger, Legal Assistant
Printed name and title

411 Hamilton Blvd. Suite 1004, Peoria, IL 61602
Server's address