E-FILED
Wednesday, 11 June, 2008  09:58:56 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NICOLE DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-1118 |
| PEORIA COUNTY, | ) |
| Defendant. | ) |

## **O R D E R**

I hereby recuse myself from further proceedings in this case pursuant to § 455(a) of Title 28, United States Code.

This case is reassigned to Judge Joe B. McDade pursuant to standing order.

Entered this 11th day of June, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT COURT