**E-FILED**
Monday, 23 June, 2008  01:43:34 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| NICOLE DAVIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-1118 |
| | ) | |
| PEORIA COUNTY, et. al., | ) | |
| Defendants | ) | |

## MOTION TO DISMISS

Now comes the Defendant, Lester Trowbridge, by his attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, Miranda J. Floyd, Assistant State's Attorney, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure files this Motion to Dismiss Plaintiff's Complaint, states as follows:

1.    The Complaint as filed against Lester Trowbridge must be dismissed because the service of process was insufficient.

**WHEREFORE**, Defendant Lester Trowbridge prays the Complaint be dismissed without prejudice.

RESPECTFULLY SUBMITTED,
Lester Trowbridge
Defendant


KEVIN W. LYONS,
State's Attorney of Peoria County

**s/ Miranda Floyd**
Miranda Attorney Bar Number: 6281773
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: mfloyd@peoriacounty.org

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| NICOLE DAVIS, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       v. | ) | Case No. 08-1118 |
| | ) | |
| PEORIA COUNTY, et. al., | ) | |
|       Defendants | ) | |

**CERTIFICATE OF SERVICE**

I, MIRANDA J. FLOYD, Assistant State's Attorney of Peoria County, hereby certify that on the 23rd day of June, 2008, I caused a true and correct copy of the attached Motion to Dismiss to be served upon the Plaintiff's attorneys by electronic notice.

**s/ Miranda Floyd**
Miranda Attorney Bar Number: 6281773
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: mfloyd@peoriacounty.org