E-FILED
Monday, 23 June, 2008   01:45:55 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| NICOLE DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Case No. 08-1118 |
| ) | |
| PEORIA COUNTY, et. al., ) | |
|     Defendants ) | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Now comes the Defendant, Lester Trowbridge, by his attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, Miranda J. Floyd, Assistant State's Attorney, and files this Memorandum of Law in Support of his Motion to Dismiss Plaintiff's Complaint, states as follows:

The Plaintiff attempted to serve Lester Trowbridge via service on the Peoria County Sheriff's Office at the Peoria County Courthouse.  The undersigned counsel informs the Court that Lester Trowbridge is no longer employed by the Peoria County Sheriff.  Such service is insufficient under FRCP 4(e), which provides that service may be had on Defendants by delivering copies of the summonses and complaints to each of them personally, by leaving copies at their residences, or by "delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process."  (FRCP 4(e)(2)). Serving an employee of an organization that no longer employs Lester Trowbridge does not confer personal jurisdiction over him, and the Complaint must be dismissed.

It must also be noted that any actual knowledge that Lester Trowbridge has of this suit is insufficient to satisfy the requirements of FRCP 4 and to confer personal jurisdiction over him. (*Mid-Continent Wood Products, Inc. v. Harris*, 936 F.2d 297, 301 (1991)). "Rather, the requirements of Rule 4 are satisfied only when the Plaintiff is successful in serving the complaint and summons on the defendant." (*Id.* at 302). Thus, the Complaint must be dismissed.

WHEREFORE, Defendant prays that judgment be entered in their favor and that the relief requested in the Plaintiff's Complaint be denied.

    RESPECTFULLY SUBMITTED,
Lester Trowbridge
Defendant

KEVIN W. LYONS,
State's Attorney of Peoria County

**s/ Miranda Floyd**
Miranda Attorney Bar Number: 6281773
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: mfloyd@peoriacounty.org

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| NICOLE DAVIS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 08-1118 |
| | ) |
| PEORIA COUNTY, et. al., | ) |
|     Defendants | ) |

### CERTIFICATE OF SERVICE

I, MIRANDA J. FLOYD, Assistant State's Attorney of Peoria County, hereby certify that on the 23rd day of June, 2008, I caused a true and correct copy of the attached Motion to Dismiss to be served upon the Plaintiff's attorneys by electronic notice.

 

s/ Miranda Floyd
Miranda Attorney Bar Number: 6281773
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: mfloyd@peoriacounty.org