# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| NICOLE DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Case No. 08-1118 |
| ) | |
| PEORIA COUNTY, et. al., ) | |
|     Defendants ) | |

## ANSWER and AFFIRMATIVE DEFENSES

NOW COMES the Defendants, Peoria County, Michael D. McCoy, Sheriff of Peoria County, Barbara Cargill, Steven Dearing, and Clinton DuBois, by their attorney KEVIN W. LYONS, State's Attorney for Peoria County, MIRANDA J. FLOYD, Assistant State's Attorney, and answers Plaintiff's Complaint:

1. Defendants **admit** the allegations in Paragraph 1.
2. Defendants **admit** the allegations in Paragraph 2.
3. Defendants **admit** the allegations in Paragraph 3.
4. Defendants **admit** the allegations in Paragraph 4.
5. Defendants **admit** the allegations in Paragraph 5.
6. Defendants **admit** the allegations in Paragraph 6.
7. Defendants **admit** the allegations in Paragraph 7.
8. Defendants **admit** the allegations in Paragraph 8.
9. Defendants **deny** the allegations in Paragraph 9.
10. Defendants **admit** the allegations in Paragraph 10.
11. Defendants **admit** the allegations in Paragraph 11.
12. Defendants **admit** the allegations in Paragraph 12.
13. Defendants lack sufficient information to adequately answer this paragraph.
14. Defendants **deny** the allegations in Paragraph 14.
15. Defendants lack sufficient information to adequately answer this paragraph.

16. Defendants **deny** the allegations in Paragraph 16.
17. Defendants **deny** the allegations in Paragraph 17.
18. Defendants **admit** the allegations in Paragraph 18.
19. Defendants **deny** the allegations in Paragraph 19.
20. Defendants **deny** the allegations in Paragraph 20.
21. Defendants **admit** the allegations in Paragraph 21
22. Defendants **deny** the allegations in Paragraph 22.
23. Defendants **deny** the allegations in Paragraph 23.
24. Defendants **deny** the allegations in Paragraph 24.
25. Defendants **deny** the allegations in Paragraph 25.
26. Defendants lack sufficient information to adequately answer this paragraph.
27. Defendants **admit** the allegations in Paragraph 27.
28. Defendants lack sufficient information to adequately answer this paragraph.
29. Defendants **admit** the allegations in Paragraph 29.
30. Defendants **deny** the allegations in Paragraph 30.
31. Defendants **deny** the allegations in Paragraph 31.

### Count I

32. Defendants reallege the answers to 1-31 as above.
33. Defendants **deny** the allegations in Paragraph 33.

### Count II

34. Defendants reallege the answers to 1-31 as above.
35. Defendants **deny** the allegations in Paragraph 35.
36. Defendants **deny** the allegations in Paragraph 36.

### Count III

37. Defendants reallege the answers to 1-31 as above.
38. Defendants **admit** the allegations in Paragraph 38.

39. Defendants **admit** the allegations in Paragraph 39.
40. Defendants **deny** the allegations in Paragraph 40.
41. Defendants **deny** the allegations in Paragraph 41.

### Count IV

42. Defendants **deny** the allegations in Paragraph 42.
43. Defendants **deny** the allegations in Paragraph 43.

### Count V

44. Defendants **deny** the allegations in Paragraph 44.
45. Defendants **deny** the allegations in Paragraph 45.

**WHEREFORE**, Defendants, Peoria County, Michael D. McCoy, Sheriff of Peoria County, Barbara Cargill, Steven Dearing, and Clinton DuBois pray that judgment be entered in their favor and that the relief requested in Plaintiff's Complaint be denied.

### AFFIRMATIVE DEFENSES

Now come the Defendants, by their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, and MIRANDA J. FLOYD, Assistant State's Attorney, and for their affirmative defenses to Plaintiff's Complaint, state as follows:

1. Plaintiff did not properly use the Peoria County Jail's grievance procedure in response to the events complained of. As such, Plaintiff's claims are barred for failure to exhaust her administrative remedies. (FRCP 12(b)(6)).

2. Defendants are entitled to qualified immunity.

3. Any force used by Defendants was applied in a good-faith effort to maintain or restore discipline.

WHEREFORE, Defendants, without waiving any arguments pending before the Court in his Rule 12(b)(6) Motion to Dismiss, pray that judgment be entered in their favor and that the relief requested in the Plaintiff's Complaint be denied.

>
> RESPECTFULLY SUBMITTED,
> Peoria County,
> Michael D. McCoy, Sheriff of Peoria County,
> Barbara Cargill, Steven Dearing, and Clinton DuBois,
> Defendants
>
>
> KEVIN W. LYONS,
> State's Attorney of Peoria County
>
> **s/ Miranda Floyd**
> Miranda Attorney Bar Number: 6281773
> Attorney for Defendants
> Peoria County Courthouse
> 324 Main Street, Room 111
> Peoria, Illinois 61602
> Telephone: (309) 672-6017
> Fax: (309) 495-4914
> E-mail: mfloyd@peoriacounty.org

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| NICOLE DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-1118 |
| ) | |
| PEORIA COUNTY, et. al., ) | |
|     Defendants ) | |

## CERTIFICATE OF SERVICE

I, MIRANDA J. FLOYD, Assistant State's Attorney of Peoria County, hereby certify that on the 23rd day of June, 2008, I caused a true and correct copy of the attached Answer and Affirmative Defenses to be served upon the Plaintiff's attorneys by electronic notice.

                                       **s/ Miranda Floyd**
                                       Miranda Attorney Bar Number: 6281773
                                       Attorney for Defendants
                                       Peoria County Courthouse
                                       324 Main Street, Room 111
                                       Peoria, Illinois 61602
                                       Telephone: (309) 672-6017
                                       Fax: (309) 495-4914
                                       E-mail: mfloyd@peoriacounty.org