UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NICOLE DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-1118 |
| ) | |
| PEORIA COUNTY, et. al., ) | |
|     Defendants ) | |

**AMENDED CERTIFICATE OF SERVICE**

    I, MIRANDA J. FLOYD, Assistant State's Attorney of Peoria County, hereby certify that on the 25th day of June, 2008, I caused a true and correct copy of the Answer and Affirmative Defenses, Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss filed on June 23, 2008 to be served upon the Plaintiff's attorneys by electronic notice and on the following by first class mail:

Lawrence V Jackowiak
LAW OFFICES OF LAWRENCE V JACKOWIAK
Suite 1700
20 North Clark St
Chicago, IL 60602

Daniel P Kiss
LAW OFFICES OF LAWRENCE V JACKOWIAK
Suite 1700
20 North Clark St
Chicago, IL 60602

    **s/ Miranda Floyd**
    Attorney Bar Number: 6281773
    Attorney for Defendants
    Peoria County Courthouse
    324 Main Street, Room 111
    Peoria, Illinois 61602
    Telephone: (309) 672-6017
    Fax: (309) 495-4914
    E-mail: mfloyd@peoriacounty.org