LAW OFFICES OF

# LAWRENCE V. JACKOWIAK

20 NORTH CLARK STREET – SUITE 1700
CHICAGO, ILLINOIS 60602

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss

TELEPHONE (312) 795-9595
FACSIMILE (312) 795-1949

*Paralegals*
Edith Cudzich
Andrea Hangst

RECEIVED
JUL - 9 2008
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

July 7, 2008

*via first-class mail*

PEORIA DIVISION
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

    Re: <u>Davis v. Peoria County, et al.</u>, 08 C 1118

To whom it may concern,

    Enclosed please find an alias summons for former Peoria County Sheriff's Officer Lester Trowbridge, star 310, we served the summons on the Peoria County Sheriff to execute on the individual officers. After the summons were delivered to the Sheriff, we were informed that Officer Lester Trowbridge was no longer employed there. We therefor need to serve him with an alias summons at his last known address.

    Thank you for your attention to this matter. Please feel free to contact me with any questions.

s/Edith Cudzich
_____
Edith Cudzich
*Paralegal*

EMC/ec
Enclosures