E-FILED
Thursday, 10 July, 2008  08:47:02 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| NICOLE DAVIS,                )<br>    Plaintiff,            )<br>                              )<br>    v.                      )<br>                              )<br>PEORIA COUNTY, et. al.,       )<br>    Defendants            ) | Case No. 08-1118 |

### MOTION TO WITHDRAW MOTION TO DISMISS

Now comes the Defendant, Lester Trowbridge, by his attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, Miranda J. Floyd, Assistant State's Attorney, pursuant to the Federal Rules of Civil Procedure files this Motion to Withdraw Motion to Dismiss Plaintiff's Complaint, states as follows:

1. On or about June 23, 2008, the Defendant filed a Motion to Dismiss and Memorandum of Law in Support of that motion.

2. The Defendant's arguments for dismissing the case were that the Defendant had not been properly served and no personal jurisdiction applied to him.

3. The Plaintiff's attorneys have since issued notice to the court that service had not been effected previously and have asked for an Alias Summons for the Defendant.

4. On July 9, 2008 the Court removed answer deadlines for Defendant Lester Trowbridge.

**WHEREFORE**, Defendant Lester Trowbridge hereby moves for the withdrawal of the Motion to Dismiss filed on June 23, 2008 with leave to refile pending the outcome of Plaintiff's attempts to serve with the Alias Summons issued on July 9, 2008.

RESPECTFULLY SUBMITTED,
Lester Trowbridge
Defendant

KEVIN W. LYONS,
State's Attorney of Peoria County

**s/ Miranda Floyd**
Miranda Attorney Bar Number: 6281773
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: mfloyd@peoriacounty.org

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| NICOLE DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-1118 |
| ) | |
| PEORIA COUNTY, et. al., ) | |
|     Defendants ) | |

### CERTIFICATE OF SERVICE

I, MIRANDA J. FLOYD, Assistant State's Attorney of Peoria County, hereby certify that on the 9th day of July, 2008, I caused a true and correct copy of the attached Motion to Withdraw Motion to Dismiss to be served upon the Plaintiff's attorneys by electronic notice and through U.S. Mail to the following:

Lawrence V Jackowiak
LAW OFFICES OF LAWRENCE V JACKOWIAK
Suite 1700
20 North Clark St
Chicago, IL 60602

Daniel P Kiss
LAW OFFICES OF LAWRENCE V JACKOWIAK
Suite 1700
20 North Clark St
Chicago, IL 60602

 

s/ Miranda Floyd
Miranda Attorney Bar Number: 6281773
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: mfloyd@peoriacounty.org