E-FILED
Thursday, 17 July, 2008  11:28:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



**JOHN A. GORMAN**
United States Magistrate Judge

211 Federal Building
100 N.E. Monroe
Peoria, Illinois  61602
Telephone:  309-671-7140

July 17, 2008

Daniel P Kiss
LAW OFFICES OF LAWRENCE V JACKOWIAK
Suite 1700
20 North Clark St
Chicago, IL 60602

Dear Mr Kiss.:

On June 23, 2008, you were sent a letter about this court's electronic filing system and the need to be registered in that system and to file electronically in the following case: 08-1118.  As of this date, you have neither registered nor followed procedures for opting out.

This is probably just an oversight, so for your convenience an attorney admission packet as well as an application for registration into the electronic system is enclosed. It is imperative that you resolve this matter quickly, because the Local Rules of this Court *require* electronic filing unless there has been an order allowing you to opt out.  Please complete and return your registration form.  When it is received, you will be sent via email a login and password.  Further information about the electronic filing system is available at the Home Page for the Central District of Illinois, at www.ilcd.uscourts.gov.

If you have not submitted the appropriate information by July 31, 2008, your pleadings may be stricken upon filing by the court.

We look forward to your participation in the electronic filing system.  If you have any questions, you may contact Whitney at the phone number shown above.

Sincerely,


John A. Gorman
United States Magistrate Judge


JAG/wlw
enc.

# United States District Court
**CENTRAL DISTRICT OF ILLINOIS**
**INSTRUCTIONS FOR COMPLETING**
**MOTION FOR ADMISSION TO PRACTICE**

Enclosed you will find an application for admission to practice generally before this court and an admission questionnaire. You may seek admission to the bar of this court in any of three ways:

1. You may have a current member of the bar of this court move for your admission through Part A. The current member should complete Part A and you should complete the admission questionnaire. Please submit the completed forms and the $185 fee to the court.

**OR**

2. You may move for your own admission through Part B. You should complete Part B and the admission questionnaire. You must include a Certificate of Good Standing from the appropriate agency of the state in which you are licensed. Please submit the completed forms, the Certificate of Good Standing and the $185 fee to the court.

**OR**

3. You may move for your own admission through Part C. You should complete Part C and the admission questionnaire. You must include a copy of your Certificate of Admission for either the Northern or Southern District of IL in which you are licensed. Please submit the completed forms, copy of certificate, and the $185 fee to the court.

**Complete either Part A or Part B or C.**

After your motion for admission has been allowed, the clerk will send you an oath card if you completed Part A or B. You may appear before any judge (state or federal) and have the oath administered. The judge must sign the oath card and you must return it to the clerk of this court. When the completed oath card is received by the clerk, you will be enrolled in the bar of this court and you will receive a certificate of admission. Enrollment is not complete until the oath card is returned. Upon motion for reciprocal admission being allowed by the Court, movant shall be summarily admitted to the CDIL bar. No oath card is required for Part C.

Pursuant to CDIL-LR-83.5 (F), you may make only one appearance before admission. You may not continue to appear in this court, including telephone appearances, without being admitted to practice here.

Your prompt attention to this matter is appreciated. If you have any questions concerning your admission to practice, please call the Clerk's office.

*Office of the Clerk*
*Mailing Addresses*

| | | | |
|---|---|---|---|
| *100 N.E. Monroe* | *600 East Monroe* | *211 - 19th Street* | *218 U.S. Courthouse* |
| *309 Federal Building* | *151 Federal Bldg.* | *40 Post Office Bldg.* | *201 S. Vine* |
| *Peoria, IL 61602* | *Springfield, IL 62701* | *Rock Island, IL 61201* | *Urbana, IL 61802* |
| *309-671-7117* | *217-492-4020* | *309-793-5778* | *217-373-5830* |

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**MOTION FOR ADMISSION TO PRACTICE**
*(Complete A or B or C per instructions)*

**A.** _____ of _____
    *Name of Applicant*      *City, County, State*

seeks admission to practice generally before this court pursuant to CDIL-LR-83.5

I, _____ of _____ am a member
    *Name of Movant*      *City, County, State*

in good standing of the bar of this court, having been admitted at (circle one)

    Danville/Urbana - Peoria - Springfield - Rock Island.

_____ is licensed by _____ , is currently in
*Name of Applicant*      *State*

good standing and is actively engaged in the practice of law. I know _____
    *Applicant*

to be of good moral character and general fitness to practice law in this court, and I recommend him/her for admission to the bar of this court.

I so move.

_____      _____
*Date*      *Signature of Movant*

*****************************************************************************

**B.**

_____ of _____ *Name of*
*Applicant*      *City, County, State*

seeks admission to practice generally before this court pursuant to CDIL-LR-83.5.

I am licensed by _____ and I attach a Certificate of Good Standing with this motion.
    *State*

I am actively engaged in the practice of law and am of general fitness to practice law in this court.

I so move.

_____      _____
*Date*      *Signature of Movant*

*****************************************************************************

**C.** **Reciprocal Admission**

_____ of _____
*Name of Applicant*      *City, County, State*

seeks admission to practice generally before this court pursuant to CDIL-LR-83.5.

I am licensed in the Northern/Southern District of IL (circle one) and I attach a copy of my Certificate of Admission with this motion. I am in Good Standing and actively engaged in the practice of law and am of general fitness to practice law in this court.

I so move.

                                                      *Date*

_____
*Signature of Movant*

| **MOTION ALLOWED** | **ENTER** <br> *Date:* | *U.S. District Judge / U. S. Magistrate Judge* |
|---|---|---|

*attyadmrevised.wpd*

# ADMISSION QUESTIONNAIRE

(TO BE COMPLETED BY EACH APPLICANT APPLYING FOR ADMISSION TO THE ROLL TO PRACTICE IN THE FEDERAL COURT, CENTRAL DISTRICT OF ILLINOIS)

| NAME | HOME ADDRESS |
|---|---|
|  |  |

**Social Security No:**

| NAME OF FIRM | OFFICE ADDRESS |
|---|---|
|  |  |

**Telephone No. of Firm:**

| EDUCATION ||
|---|---|
| UNDERGRADUATE SCHOOLS ATTENDED | DEGREES |
|  |  |
|  |  |
|  |  |
| LAW SCHOOLS ATTENDED | DEGREES |
|  |  |
|  |  |
|  |  |
| STATE ADMITTED TO THE BAR | DATE OF ADMISSION |
|  |  |

**Bar number:**

| OTHER FEDERAL COURTS WHERE ADMITTED TO PRACTICE ||
|---|---|
|  |  |
|  |  |
|  |  |

| APPLICANT HAS READ AND IS FAMILIAR WITH: | YES | NO |
|---|---|---|
| A.    Provisions of the Judicial Code (Title 28 U.S.C.,§§ 1330-1452), which pertain to jurisdiction of and venue in a United States District Court. | | |
| B.    The Federal Rules of Civil Procedure. | | |
| C.    The Federal Rules of Criminal Procedure. | | |
| D.    The Rules of the United States District Court for the Central District of Illinois. | | |
| E.    The Code of Professional Responsibility as adopted by the State of Illinois. | | |
| **HAS THE APPLICANT EITHER SUCCESSFULLY COMPLETED A COURSE OF STUDY IN AN EDUCATION INSTITUTION BEFORE OR AFTER ADMISSION TO THE BAR, COVERING THE FOLLOWING SUBJECT MATTER:** | | |
| A.    Evidence. | | |
| B.    Civil Procedure including Federal Jurisdiction Practice and Procedure | | |
| C.    Criminal Law and Procedure | | |
| D.    Professional Responsibility | | |
| E.    Trial Advocacy | | |
| **HAS THE APPLICANT ASSISTED IN THE PREPARATION OF A CASE OR CASES FOR TRIAL, EITHER CRIMINAL OR CIVIL?** | | |
| If yes, number of cases assisted in the preparation. | | |
| Were any of these Federal Court Proceedings? | | |
| **HAVE YOU EVER OBSERVED A COMPLETE HEARING AT WHICH TESTIMONY IS TAKEN ON THE MERITS IN UNITED STATES DISTRICT COURT?** | | |
| If yes, how many proceedings have you so observed? | | |
| **HAVE YOU EVER BEEN DISCIPLINED BY ANY COURT OR STATE DISCIPLINARY AUTHORITY?** | | |
| If yes, please give dates and dispositions. | | |

DATED THIS _____ DAY OF _____, 19 ___.

_____
Applicant's Signature

_____
Typed Name of Applicant

# RULE 83.5  ADMISSION TO PRACTICE

(A) <u>Qualifications for Admission to Practice</u>.

Any attorney licensed to practice law in any state or the District of Columbia shall be admitted to practice generally in this court on written motion of a member in good standing of the bar of this court, or upon the attorney's own motion accompanied by certification of good standing from the state in which the attorney is licensed, and upon payment of the fees required by law and by Local Rule 83.5(E). On motion made at the time of the written motion for admission to practice, the presiding judge may waive the admission fees for any attorney employed full time by the United States, any state or county.

Students of accredited law schools may, upon written motion of a member in good standing of the bar of this court, be provisionally admitted to practice and may appear in this court under the supervision and direction of the sponsoring attorney. There shall be no fee for provisional admission.

(B) <u>Oath</u>.

All attorneys shall at the time of their admission to practice before this court take an oath or affirmation to support the Constitution of the United States, faithfully to discharge their duties as attorneys and counselors, and to demean themselves uprightly and according to law and the recognized standards of ethics of the profession, and they shall, under the direction of the clerk of this court, sign the roll of attorneys and pay the fees required by law and by Local Rule 83.5(E).

(C) <u>Admission to Practice in All Divisions</u>.

Admission to practice generally in this court includes all divisions.

(D) <u>Reciprocal Admission</u>.

Any attorney admitted to practice in the Northern or Southern Districts of Illinois shall be admitted to practice generally in this court upon the attorney's own motion accompanied by a copy of his/her admission certificate from the district in which the attorney is admitted, the attorney's certification that he/she is in good standing generally and upon payment of the fees required by law and Local Rule 83.5(E). Upon motion for reciprocal admission being allowed by the Court, movant shall be summarily admitted to the CDIL bar.

RULE 83.5 - 1

(E)  Additional Fees Assessed Upon Admission

This court assesses a special $35.00 fee to be paid by each attorney at the time of admission to practice in this court.

The special $35.00 fee will be deposited in the District Court Fund and administered in accordance with the provisions of the Plan for the Administration of the District Court Fund adopted by this Court on June 1, 2000, primarily for the reimbursement of expenses incurred by pro bono counsel.

(F)  Admission Pro Hac Vice.

At the discretion of the presiding judge, an attorney duly licensed to practice in any state or the District of Columbia may, upon motion, be permitted to appear of record and participate in a case on one occasion; thereafter, the attorney must secure regular admission or the attorney will not be permitted to participate in the case, and may be subject to sanctions.

(G)  Unauthorized Practice.

All attorneys who appear in person or by filing pleadings in this court must be admitted to practice in this court in accordance with this rule. Only attorneys so admitted shall practice or file pleadings in this court. Except as provided in Local Rule 83.5 (E), upon entry of appearance as an attorney of record, the entry of appearance must include a certification that the attorney is a member in good standing of the bar of this court.

Any person who, before his or her admission to the bar of this court, or during his or her suspension or disbarment, exercises in this district any of the privileges of a member of the bar in any action or proceeding pending in this court, or who pretends to be entitled to do so, may be adjudged guilty of contempt of court and appropriately sanctioned.

(H)  Changes Reported to the Clerk of This Court.

If at any time after admission any relevant circumstance changes for an attorney (e.g. name, address, phone number, disciplinary status), he or she shall notify the clerk of this court in writing of such change.

(I) <u>Admission</u>.

Admission may be in person or by mail. Procedures for admission by mail shall be prescribed by the clerk of this court. Admission shall be as of the date the oath card is received by the Clerk.

(J) <u>Pro Bono Panel</u>.

The Pro Bono Panel of this court shall consist of all attorneys admitted to practice in this court whose place of business is in the Central District of Illinois. Attorneys employed full time by the United States, the State of Illinois or a county are exempt from service on the panel. Attorneys appointed pro bono to represent litigants shall not enter into any contingent fee arrangement with their clients concerning the subject case. Statutory fees and expenses may be awarded to a pro bono attorney as provided by law.

Any attorney appointed to represent an indigent party in a civil proceeding before this Court, may petition the Court for reimbursement of expenses incurred in the preparation and presentation of the proceeding, subject to the procedures and regulations contained in the plan of this Court adopted June 1, 2000, governing reimbursement of expenses from the District Court Fund

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# ECF ATTORNEY REGISTRATION FORM

To register for an account on this Court's Electronic Case Filing System (ECF), please complete the following information:

**[PLEASE TYPE]**

First Name: _____    Middle Name: _____

Last Name: _____    Bar ID Number and State:_____

Firm Name: _____

Address: _____

City:_____ State:_____ Zip Code:_____

Telephone Number: _____    Primary e-mail address:_____
(Attorney's individual e-mail for purposes of receipt and confirmation of login and password information)

Fax Number:_____    Secondary e-mail address:_____
(For purposes of ongoing notices of filing, e.g. central repository, secretary)

**Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Central District of Illinois pursuant to Local Rule 83.5.**

Date admitted to practice in this Court: _____    Are you currently in good standing?   Yes ☐   No ☐

**The undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the Court if they learn that their password has been compromised. The undersigned acknowledges that misuse of the password or violations of the Administrative Procedures for controlling electronic filing may subject the undersigned to sanctions pursuant to Fed. R. Civ. P. 11. Visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.**

Attorney Signature_____    Date _____

Submit completed Registration Form to:    John M. Waters, Clerk
United States District Court
Attention: Electronic Filing System Registration
600 E. Monroe St
Room 151
Springfield, IL 62701
(217) 492-4020

Login name sent via e-mail. Password will be sent via separate e-mail after confirmation of receipt of login name. Contact any of our divisional offices with questions concerning registration or ECF.

| COURT USE ONLY: |
| --- |
| E - Filing Login Assigned: _____ |
| E - Filing Password Assigned: _____ |
| ☐ Attorney's e-mail record updated    ☐ Password e-mailed to attorney |
| ☐ Confirmation e-mail with login sent    ☐ Copy of form mailed to attorney |
| ☐ E-mail address confirmed by attorney |