## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| NICOLE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1118 |
| | ) | |
| vs. | ) | Judge McDade |
| | ) | Magistrate Judge Gorman |
| PEORIA COUNTY, | ) | |
| PEORIA COUNTY SHERIFF | ) | |
| MICHAEL McCOY, in his official capacity, | ) | |
| and Peoria County Sheriff Officers | ) | |
| BARBARA CARGILL, Star 340, | ) | |
| STEVEN DEARING, Star 384, | ) | |
| CLINTON DUBOIS, Star 313, and | ) | |
| LESTER TROWBRIDGE, Star 310, | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW

NOW COME attorneys Daniel P. Kiss and Lawrence V. Jackowiak, and move this Honorable Court for leave to withdraw. In support thereof, they state as follows:

1. On May 23, 2008, attorney Louis J. Meyer filed a complaint against Peoria County, Peoria County Sheriff Michael McCoy, Peoria County Sheriff Officers Barbara Cargill, Steven Dearing, Clinton Dubois and Lester Trowbridge for an incident that occurred in the Peoria County Jail on January 20, 2008.

2. Attorney Meyer is one of three attorneys in the Law Offices of Lawrence V. Jackowiak.

3. Appearances for Plaintiff were mistakenly filed for the other two attorneys in the office, Daniel P. Kiss and Lawrence V. Jackowiak.

4. It was intended that only Attorney Meyer appear on behalf of Plaintiff.

WHEREFORE, attorneys Daniel Kiss and Lawrence Jackowiak respectfully request this Honorable Court enter an order granting them leave to withdraw.

                Respectfully submitted,

                /s/ Daniel P. Kiss
                *Counsel for the Plaintiff*

                /s/ Lawrence V. Jackowiak
                *Counsel for the Plaintiff*

Daniel P. Kiss
Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel P. Kiss, certify that on Friday, July 18, 2008, a true and complete copy of the above and foregoing was served either by the United States Postal Service or electronically through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

Ronald L. Hanna
Hanna & Hanna, P.C.
Associated Bank Building
411 Hamilton Boulevard, Suite1004
Peoria, Illinois 61602-3110
*Local Counsel for the Plaintiff*

Miranda J. Floyd
Assistant State's Attorney
324 Main Street, Room 111
Peoria, Illinois 61602
*Counsel for the Defendants*

Nicole Davis
3017 West Seibold
Springfield, Illinois 61605
*Plaintiff*