E-FILED
Wednesday, 09 July, 2008 02:23:58 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

FILED
JUL 2 1 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Nicole Davis | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 08-1118 |
| Peoria County, et al., | ) |
| Defendant | ) |

*alias*

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Peoria County Sheriff's Officer
Lester Trowbridge, star 310
4701 North Woodview Avenue
Peoria, Illinois 61614

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602  312-795-9595

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ Pamela E. Robinson
Name of clerk of court

Date: __7/9/08__

s/ C. Lambie
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                    _____
                                                                 Server's signature

                                                    _____
                                                             Printed name and title

                                                    _____
                                                                Server's address

LAW OFFICES OF
# LAWRENCE V. JACKOWIAK

20 NORTH CLARK STREET – SUITE 1700
CHICAGO, ILLINOIS 60602

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss

TELEPHONE (312) 795-9595
FACSIMILE (312) 795-1949

*Paralegals*
Edith Cudzich
Andrea Hangst

July 17, 2008

**RECEIVED**
**JUL 21 2008**
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

*via first-class mail*

PEORIA DIVISION
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

Re: <u>**Davis v. Peoria County, et al.**</u>, 08 C 1118

To whom it may concern,

Enclosed please find an alias summons for former Peoria County Sheriff's Officer Lester Trowbridge, star 310, we served the summons on the Peoria County Sheriff to execute on the individual officers. After the summons were delivered to the Sheriff, we were informed that Officer Lester Trowbridge was no longer employed there. We therefor need to serve him with an alias summons at his last known address.

Thank you for your attention to this matter. Please feel free to contact me with any questions.

Sincerely yours,

Edith Cudzich
*Paralegal*

EMC/ec
Enclosures

Page 1 of 1

1:08-cv-01118-JBM-JAG    # 31    Page 6 of 6